**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34284-DRC |
| | § | |
| ANA M HOGAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on 8/23/2013, at 9:30 A.M.  in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/12/2013          By:   /s/ David E. Grochocinski
                                            (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34284-DRC |
| | § | |
| ANA M HOGAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $214,931.36
*and approved disbursements of*     $223.76
*leaving a balance on hand of[1]:*     $214,707.60

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $214,707.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $6,283.60 | $0.00 | $6,283.60 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,105.00 | $0.00 | $3,105.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $24.30 | $0.00 | $24.30 |

Total to be paid for chapter 7 administrative expenses:     $9,412.90
Remaining balance:     $205,294.70

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $205,294.70

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $205,294.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $50,943.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $404.67 | $0.00 | $404.67 |
| 2 | Nordstrom fsb | $2,896.63 | $0.00 | $2,896.63 |
| 3 | FIA CARD SERVICES, N.A. | $8,383.00 | $0.00 | $8,383.00 |
| 4 | American Express Centurion Bank | $11,445.34 | $0.00 | $11,445.34 |
| 5 | PYOD, LLC its successors and assigns as assignee | $404.86 | $0.00 | $404.86 |
| 6 | PYOD, LLC its successors and assigns as assignee | $6,725.29 | $0.00 | $6,725.29 |
| 7 | PYOD, LLC its successors and assigns as assignee | $162.43 | $0.00 | $162.43 |
| 8 | Capital One, N.A. | $1,897.95 | $0.00 | $1,897.95 |
| 9 | Arnstein & Lehr LLP | $18,623.65 | $0.00 | $18,623.65 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $50,943.82 |
| Remaining balance: | $154,350.88 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $154,350.88 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $154,350.88 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.19 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $91.49. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $154,259.39.

Prepared By:  /s/ David E. Grochocinski
              Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                   Case No. 12-34284-DRC
Ana M Hogan                                              Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: mrahmoun              Page 1 of 2              Date Rcvd: Jul 15, 2013
                             Form ID: pdf006             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2013.
db          +Ana M Hogan,    653 Walnut Oaks Drive,    Roselle, IL 60172-2200
19375692    +Alexian Brothers Hospital,    22589 Network Place,    Chicago, IL 60673-1225
19375693    +Alexian Brothers Medical Center,    22589 Network Place,    Chicago, IL 60673-1225
19674008     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19375694    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
19884757    +Arnstein & Lehr LLP,    120 S. Riverside Plaza, #1200,    Chicago, Illinois 60606-3910
19375695   ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Po Box 982238,   El Paso, TX 79998)
19775235     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19375696    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19375697    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
19614519     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
19375701    +Macy’s,   PO Box 183083,    Columbus, OH 43218-3083
19375702    +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
19375704    +Rnb-Fields3,    Po Box 9475,   Minneapolis, MN 55440-9475
19375705    +Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
19375706    +Village of Barrington,    PO Box 457,   Wheeling, IL 60090-0457
19375707    +Wfnnb/Victorias Secret,    Po Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19552554     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 16 2013 01:12:36     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
19375698    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 16 2013 01:12:36     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
19375699    +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2013 01:12:15     Gecrb/Walmart Dc,    Po Box 981400,
              El Paso, TX 79998-1400
19375700    +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 16 2013 00:58:28     Kohls/Capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19375703    +E-mail/Text: bnc@nordstrom.com Jul 16 2013 00:58:29     Nordstrom Fsb,    Po Box 6565,
              Englewood, CO 80155-6565
19556383    +E-mail/Text: bnc@nordstrom.com Jul 16 2013 00:58:29     Nordstrom fsb,    P.O. Box 6566,
              Englewood, CO 80155-6566
19750243    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 16 2013 00:57:38
              PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2013**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2                  Date Rcvd: Jul 15, 2013
                              Form ID: pdf006             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2013 at the address(es) listed below:
         Ariane  Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com
         David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
          lawyers@innovalaw.com
         David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
         John J Lynch    on behalf of Debtor Ana M Hogan jjlynch@jjlynchlaw.com,
          rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
         Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
          kmmcguirelaw@sbcglobal.net
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                   TOTAL: 6